**SO ORDERED: April 30, 2013.**



_____
**Frank J. Otte**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MARY CATHERINE PIERCE, | ) | Case No. 12-80046-FJO-7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| DAVID STALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 12-58019 |
| | ) | |
| MARY CATHERINE PIERCE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF PLAINTIFF**

This Court incorporates by reference the Findings of Fact and Conclusions of Law entered simultaneously with this Entry;  and this Court ORDERS that judgment be entered in favor of the Plaintiff on the motion for summary judgment and that this  judgment is nondischargeable pursuant to 11 U.S.C. §§ 523(a)(4) and (a)(6).

###

51886491-1